UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLEIDISTON DE MOURA,                          *
                                              *
        Petitioner,                           *
                                              *
        v.                                    *        Civil Action No. 1:25-cv-13058-IT
                                              *
ANTONE MONIZ, et al.,                         *
                                              *
        Respondents.                          *
                                              *

ORDER CLOSING CASE

TALWANI, D.J.

        In light of the court's Memorandum & Order [Doc. No. 10] granting Petitioner's Petition

for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by November 3, 2025, and

Respondents' Status Report [Doc. No. 12] indicating Petitioner released from ICE custody on

November 4, 2025, this action is CLOSED.

        IT IS SO ORDERED.

        May 13, 2026                                   /s/ Indira Talwani
                                                       United States District Judge